# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5266**  **September Term, 2024**

**1:25-cv-01051-EGS**

**Filed On: July 23, 2025** [2126821]

Citizens for Responsibility and Ethics in Washington,

      Appellee

   v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and Budget,

      Appellants

## O R D E R

The notice of appeal was filed on July 22, 2025, and docketed in this court on July 23, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 22, 2025 |
| Docketing Statement Form | August 22, 2025 |
| Entry of Appearance Form (Attorneys Only) | August 22, 2025 |
| Procedural Motions, if any | August 22, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 22, 2025 |
| Statement of Issues to be Raised | August 22, 2025 |
| Transcript Status Report | August 22, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | August 22, 2025 |
| Dispositive Motions, if any | September 8, 2025 |

It is

     **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 22, 2025 |
| Entry of Appearance Form (Attorneys Only) | August 22, 2025 |
| Procedural Motions, if any | August 22, 2025 |
| Dispositive Motions, if any | September 8, 2025 |

It is

     **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

     **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                          BY:     /s/
                                       Laura M. Morgan
                                       Deputy Clerk

The following forms and notices are available on the Court's website:

     Civil Docketing Statement Form
     Entry of Appearance Form
     Transcript Status Report Form
     Request to Enter Appellate Mediation Program (Optional)
     Notice Concerning Expedition of Appeals and Petitions for Review
     Stipulation to be Placed in Stand-By Pool of Cases (Optional)