# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-5266** | **September Term, 2024** |
| | 1:25-cv-01051-EGS |
| | **Filed On: July 23, 2025** [2126871] |

Citizens for Responsibility and Ethics in Washington,

      Appellee

      v.

Office of Management and Budget and Russell T. Vought, in his official capacity as Director, Office of Management and Budget,

      Appellants

_____

**No. 25-5267**                             1:25-cv-01111-EGS

Protect Democracy Project, Inc.,

      Appellee

      v.

Office of Management and Budget and Russell T. Vought, in his official capacity as Director, Office of Management and Budget,

      Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                                          **FOR THE COURT:**
                                                          Clifton B. Cislak, Clerk

                                          BY:    /s/
                                                          Scott H. Atchue
                                                          Deputy Clerk