NOT YET SCHEDULED FOR ORAL ARGUMENT

Nos. 25-5266, 25-5267

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,

*Plaintiff-Appellee*,

v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

*Defendants-Appellants*.

_____

PROTECT DEMOCRACY PROJECT,

*Plaintiff-Appellee*,

v.

U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,

*Defendants-Appellants*.

_____

On Appeal from the United States District Court
for the District of Columbia

_____

**APPELLEES' NOTICE CONCERNING
APPELLANTS' REQUEST FOR AN ADMINISTRATIVE STAY**

_____

| | |
|---|---|
| Daniel F. Jacobson<br>Jacobson Lawyers Group<br>1629 K Street NW, Suite 300<br>Washington, DC 20006<br>(301) 823-1148<br><br>*Counsel for Appellee*<br>*Protect Democracy Project* | Adina H. Rosenbaum<br>Allison M. Zieve<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-7723<br><br>*Counsel for Appellee CREW* |

[Additional counsel listed on signature page]

On July 21, 2025, the district court entered an order granting summary judgment in part to Appellees Citizens for Responsibility and Ethics in Washington (CREW) and Protect Democracy Project, holding that Defendants, Office of Management and Budget (OMB) and OMB Director Russell Vought, violated the Consolidated Appropriations Act, 2022, the Consolidated Appropriations Act, 2023, and the Paperwork Reduction Act's dissemination of information requirement by removing public access to the online Public Apportionments Database. *See* Dkt. 25-1051, ECF 32. The court ordered, among other things, that Defendants restore the Public Apportionments Database and make publicly available the apportionment information required by law to be disclosed. The court stayed its order until Thursday, July 23, at 10:00 am.

On July 22, Defendants filed a notice of appeal. On July 23, they moved this Court for an administrative stay and a stay pending appeal.

Appellees from each of the consolidated cases file this notice to inform the Court that they do not oppose entry of an administrative stay through Monday, July 28, at 2:00 pm.

Respectfully submitted,

 /s/ *Daniel F. Jacobson*  
Daniel F. Jacobson  
Jacobson Lawyers Group  
1629 K Street NW, Suite 300  
Washington, DC 20006  
(301) 823-1148  

*Counsel for Appellee Protect Democracy Project*

 /s/ *Adina H. Rosenbaum*  
Adina H. Rosenbaum  
Allison M. Zieve  
Public Citizen Litigation Group  
1600 20th Street NW  
Washington, DC 20009  
(202) 588-7723  

Nikhel S. Sus  
Yoseph T. Desta  
Citizens for Responsibility and  
   Ethics in Washington  
P.O. Box 14596  
Washington, DC 20044  
(202) 408-5565  

*Counsel for Appellee Citizens for Responsibility and Ethics in Washington*

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2025, I caused the foregoing document to be electronically filed using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: July 23, 2025                    */s/ Adina H. Rosenbaum*
                                        Adina H. Rosenbaum