

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7260
Washington, DC 20530

Tel: (202) 514-3388

July 23, 2025

VIA CM/ECF

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, NW
Washington, DC 20001

RE:   *CREW v. OMB*;
      *Protect Democracy Project, Inc. v. OMB*,
      Nos. 25-5266, 25-5267 (D.C. Cir.)

Dear Mr. Cislak:

    In the government's recently filed stay motion, we indicated (at 2 n.1) that we would notify this Court when the district court acted on our pending stay motions. The district court has denied those motions in the attached minute orders.

                                    Sincerely,

                                      */s/ Sean R. Janda*
                                    Sean R. Janda

cc:   Counsel of Record (via CM/ECF)

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:25−cv−01051−EGS

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON v. OFFICE OF MANAGEMENT AND BUDGET et al<br>Assigned to: Judge Emmet G. Sullivan<br>Related Case: 1:25−cv−01111−EGS<br>Case in other court:  USCA, 25−05266<br>Cause: 05:702 Administrative Procedure Act | Date Filed: 04/08/2025<br>Jury Demand: None<br>Nature of Suit: 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON**    represented by    **Adina H. Rosenbaum**
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588−1000
Fax: (202) 588−7795
Email: arosenbaum@citizen.org
*ATTORNEY TO BE NOTICED*

**Allison Marcy Zieve**
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street, NW
Washington, DC 20009
(202) 588−1000
Fax: (202) 588−7795
Email: azieve@citizen.org
*ATTORNEY TO BE NOTICED*

**Nikhel Sus**
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
1331 F St NW
Suite 900
Washington, DC 20004
(202) 408−5565
Fax: (202) 588−5020
Email: nsus@citizensforethics.org
*ATTORNEY TO BE NOTICED*

**Yoseph T. Desta**
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
PO Box 14596
Washington, DC 20044
415−416−7967
Email: ydesta@citizensforethics.org
*ATTORNEY TO BE NOTICED*

**Wendy Liu**
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202−588−1000
Email: wliu@citizen.org
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **OFFICE OF MANAGEMENT AND BUDGET** | represented by | **Carmen M. Banerjee**<br>U.S. DEPARTMENT OF JUSTICE<br>Tax Division – Civil Trial Section<br>555 Fourth Street, NW<br>555 Fourth Street, NW<br>Suite 6810<br>Washington, DC 20001<br>202–353–3850<br>Email: carmen.m.banerjee@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Heidy L Gonzalez**<br>DOJ–Civ<br>1100 L St., N.W.<br>Ste #3528<br>Washington, DC 20005<br>202–598–7409<br>Email: heidy.gonzalez@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Kenneth Velchik**<br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>202–860–8388<br>Email: michael.velchik@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **RUSSELL VOUGHT**<br>*in his official capacity as Director, Office of Management and Budget* | represented by | **Carmen M. Banerjee**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Heidy L Gonzalez**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Kenneth Velchik**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2025 | 1 | COMPLAINT against All Defendants ( Filing fee $ 405 receipt number ADCDC–11597329) filed by CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON. (Attachments: # 1 Civil Cover Sheet, # 2 Summons AG, # 3 Summons OMB, # 4 Summons USAO, # 5 Summons Vought)(Liu, Wendy) (Entered: 04/08/2025) |
| 04/08/2025 | 2 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON (Liu, Wendy) (Entered: 04/08/2025) |
| 04/08/2025 | 3 | NOTICE of Appearance by Nikhel Sus on behalf of CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON (Sus, Nikhel) (Main Document 3 replaced on 4/8/2025) (znmw). (Entered: 04/08/2025) |

| | | |
|---|---|---|
| 07/23/2025 | 37 | Memorandum in opposition to re 35 MOTION to Stay *Pending Appeal* filed by CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON. (Rosenbaum, Adina) (Entered: 07/23/2025) |
| 07/23/2025 | | MINUTE ORDER. Upon consideration of Defendants' 35 Motion for a Stay Pending Appeal and Plaintiff's 37 response thereto, the motion is DENIED. For all of the reasons articulated in the Court's July 21, 2025 Opinion, Defendants' conduct in removing the Public Apportionments Database unequivocally violates federal law. See Mem. Op., ECF No. 33. The Court's Opinion addressed each of the Defendants' arguments reiterated in the Motion to Stay, concluding that the public disclosure requirement of the 2022 and 2023 Acts does not infringe upon Executive power nor does it "impede the Presidents constitutional authority over the implementation of appropriations[.]" Defs.' Mot., ECF No. 35 at 4. The Court further denies Defendants' requests to extend the administrative stay or stay the statutory time requirement of publishing apportionment decisions within two days of their approval. As to the first, CREW states that Defendants have already requested such relief from the Court of Appeals. As to the second, this is the first time Defendants have made the request–despite multiple rounds of briefing–and provide no points and authorities in support of it. The Court will not be complicit in further delaying Plaintiff and the public of information they are entitled to know as a matter of federal law!! Signed by Judge Emmet G. Sullivan on 7/23/2025. (lcegs2) (Entered: 07/23/2025) |

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:25–cv–01111–EGS

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT v. U.S. OFFICE OF MANAGEMENT AND BUDGET et al<br>Assigned to: Judge Emmet G. Sullivan<br>Related Case: 1:25–cv–01051–EGS<br>Case in other court: USCA, 25–05267<br>Cause: 05:702 Administrative Procedure Act | Date Filed: 04/14/2025<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**PROTECT DEMOCRACY PROJECT**     represented by     **Kyla Marie Snow**
JACOBSON LAWYERS GROUP
1629 K Street NW, Suite 300
Washington, DC 20006
301–823–1148
Email: kyla@jacobsonlawyersgroup.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel F. Jacobson**
JACOBSON LAWYERS GROUP PLLC
1629 K Street NW
Suite 300
Washington, DC 20006
301–823–1148
Email: dan@jacobsonlawyersgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**U.S. OFFICE OF MANAGEMENT AND BUDGET**     represented by     **Carmen M. Banerjee**
U.S. DEPARTMENT OF JUSTICE
Civil Division
1100 L Street, NW
Washington, DC 20005
202–514–3183
Email: carmen.m.banerjee@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidy L Gonzalez**
DOJ–Civ
1100 L St., N.W.
Ste #3528
Washington, DC 20005
202–598–7409
Email: heidy.gonzalez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Kenneth Velchik**
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530
202–860–8388
Email: michael.velchik@usdoj.gov
*LEAD ATTORNEY*

| | | |
|---|---|---|
| | | Judgment by RUSSELL VOUGHT, U.S. OFFICE OF MANAGEMENT AND BUDGET. Fee Status: No Fee Paid. Parties have been notified. (Gonzalez, Heidy) (Entered: 07/22/2025) |
| 07/22/2025 | 36 | MOTION to Stay *Pending Appeal* by U.S. OFFICE OF MANAGEMENT AND BUDGET, RUSSELL VOUGHT. (Attachments: # 1 Text of Proposed Order)(Gonzalez, Heidy) (Entered: 07/22/2025) |
| 07/23/2025 | 37 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals docketing fee was not paid because the appeal was filed by the government re 35 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 07/23/2025) |
| 07/23/2025 | | USCA Case Number 25−5267 for 35 Notice of Appeal to DC Circuit Court, filed by RUSSELL VOUGHT, U.S. OFFICE OF MANAGEMENT AND BUDGET. (mg) (Entered: 07/23/2025) |
| 07/23/2025 | 38 | RESPONSE re 36 MOTION to Stay *Pending Appeal* filed by PROTECT DEMOCRACY PROJECT. (Jacobson, Daniel) (Entered: 07/23/2025) |
| 07/23/2025 | | MINUTE ORDER. Upon consideration of Defendants' 36 Motion for a Stay Pending Appeal and Plaintiff's 38 response thereto, the motion is DENIED. For all of the reasons articulated in the Court's July 21, 2025 Opinion, Defendants' conduct in removing the Public Apportionments Database unequivocally violates federal law. See Mem. Op., ECF No. 34. The Court's Opinion addressed each of the Defendants' arguments reiterated in the Motion to Stay, concluding that the public disclosure requirement of the 2022 and 2023 Acts does not infringe upon Executive power nor does it "impede the Presidents constitutional authority over the implementation of appropriations[.]" Defs.' Mot., ECF No. 36 at 4. The Court further denies Defendants' requests to extend the administrative stay or stay the statutory time requirement of publishing apportionment decisions within two days of their approval. As to the first, Protect Democracy states that Defendants have already requested such relief from the Court of Appeals. As to the second, this is the first time Defendants have made the request−despite multiple rounds of briefing−and provide no points and authorities in support of it. The Court will not be complicit in further delaying Plaintiff and the public of information they are entitled to know as a matter of federal law!! Signed by Judge Emmet G. Sullivan on 7/23/2025. (lcegs2) (Entered: 07/23/2025) |