# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5266**                              **September Term, 2024**

1:25-cv-01051-EGS
1:25-cv-01111-EGS

**Filed On:** July 23, 2025

Citizens for Responsibility and Ethics in Washington,

      Appellee

  v.

Office of Management and Budget and Russell T. Vought, in his official capacity as Director, Office of Management and Budget,

      Appellants

------------------------------

Consolidated with 25-5267

**BEFORE:**     Millett, Pillard, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for an immediate administrative stay and stay pending appeal, and appellees' notice concerning the request for an administrative stay, it is

**ORDERED** that the district court's July 21, 2025, orders be administratively stayed pending further order of this court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the motion for a stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 33 (2024). It is

## United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 25-5266**  **September Term, 2024**

**FURTHER ORDERED** that appellees respond to the motion by 5:00 p.m. on July 25, 2025. Any reply is due by 10:00 a.m. on July 28, 2025.

**Per Curiam**

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

BY:    /s/
           Michael C. McGrail
           Deputy Clerk