ORAL ARGUMENT NOT SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

Citizens for Responsibility and Ethics in
Washington, *et al.*,
     Plaintiff-Appellee,

    v.

Office of Management and Budget, *et al.*,
     Defendants-Appellants.
  ————————————

Protect Democracy Project,
     Plaintiff-Appellee,

    v.

U.S. Office of Management and Budget, *et al.*,
     Defendants-Appellants.

Nos. 25-5266, 25-5267

**STATEMENT OF INTENT REGARDING DEFERRED APPENDIX**

  The government notifies the Court that the parties do not intend to use a deferred appendix in this case.

Respectfully submitted,

COURTNEY L. DIXON

*/s/ Sean R. Janda*

SEAN R. JANDA
(202) 514-3388
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

August 2025