ORAL ARGUMENT NOT SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

---

Citizens for Responsibility and Ethics in Washington, *et al.*,
        Plaintiff-Appellee,

v.

Office of Management and Budget, *et al.*,
        Defendants-Appellants.

_____

Protect Democracy Project,
        Plaintiff-Appellee,

v.

U.S. Office of Management and Budget, *et al.*,
        Defendants-Appellants.

Nos. 25-5266, 25-5267

**STATEMENT OF POTENTIAL ISSUES TO BE RAISED**

The issue on appeal is whether the district court erred in granting summary judgment to plaintiffs and issuing a permanent injunction. Potential subsidiary issues include: (1) whether plaintiffs have established Article III standing to enforce the relevant statutory provisions; (2) whether the relevant statutory provisions unconstitutionally infringe on the

President's Article II authority; and (3) whether the district court's injunctive relief was proper.

Respectfully submitted,

COURTNEY L. DIXON

/s/ *Sean R. Janda*
SEAN R. JANDA
(202) 514-3388
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C. 20530

August 2025