# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Citizens for Responsibility and Ethics in Washington,<br>   Plaintiff-Appellee,<br><br> v.<br><br>Office of Management and Budget, *et al.*,<br>   Defendants-Appellants.<br>―――――――――――<br>Protect Democracy Project,<br>   Plaintiff-Appellee,<br><br> v.<br><br>U.S. Office of Management and Budget, *et al.*,<br>   Defendants-Appellants. | Nos. 25-5266, 25-5267 |

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

**A. Parties and Amici**

Plaintiff-Appellee in Case No. 25-5266 is Citizens for Responsibility and Ethics in Washington. Plaintiff-Appellee in Case No. 25-5267 is Protect Democracy Project. Defendants-Appellants in both cases are the United States Office of Management and Budget and Russell Vought, in his official capacity as Director of the Office of Management and Budget.

There were no amici in the district court. As of this filing, the District of Columbia, California, Colorado, Connecticut, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Nevada, New Jersey, New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, and Wisconsin are amici in this Court.

Citizens for Responsibility and Ethics in Washington is a non-profit corporation that is committed to protecting the rights of citizens to be informed about the activities of government officials and agencies and to ensuring transparency, ethics, and integrity in government. It has no parent company, and no publicly held company has a 10% or greater ownership interest in it.

**B. Rulings Under Review**

The rulings under review are the Memorandum Opinion and Orders entered on July 21, 2025, by the Honorable Emmet G. Sullivan, in *Citizens for Responsibility and Ethics in Washington v. Office of Management and Budget*, No. 25-cv-1051 (D.D.C.) (Dkt. Nos. 32 and 33) and *Protect Democracy Project v. U.S. Office of Management and Budget*, No. 25-cv-1111 (D.D.C.) (Dkt. Nos. 33 and 34). The opinion is available at 2025 WL 2025114.

**C. Related Cases**

This case consists of two appeals that were consolidated, *Citizens for Responsibility and Ethics in Washington v. Office of Management and Budget*, No. 25-5266, and *Protect Democracy Project v. U.S. Office of Management and Budget*, No. 25-5267. Undersigned counsel is unaware of any other related cases currently pending in this Court or any other court. This case was not previously before this Court.

Respectfully submitted,

/s/ *Adina H. Rosenbaum*

| | |
|---|---|
| Nikhel S. Sus | Adina H. Rosenbaum |
| Yoseph T. Desta | Allison M. Zieve |
| Citizens for Responsibility | Public Citizen Litigation Group |
| and Ethics in Washington | 1600 20th Street NW |
| P.O. Box 14596 | Washington, DC 20009 |
| Washington, DC 20044 | (202) 588-1000 |

*Counsel for Citizens for Responsibility and Ethics in Washington*

August 22, 2025