ORAL ARGUMENT NOT SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

| | |
|---|---|
| Citizens for Responsibility and Ethics in Washington, *et al.*,<br>　　　　Plaintiff-Appellee,<br><br>v.<br><br>Office of Management and Budget, *et al.*,<br>　　　　Defendants-Appellants.<br>　　———————<br><br>Protect Democracy Project,<br>　　　　Plaintiff-Appellee,<br><br>v.<br><br>U.S. Office of Management and Budget, *et al.*,<br>　　　　Defendants-Appellants. | Nos. 25-5266, 25-5267 |

**UNOPPOSED MOTION FOR 60-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves for a 60-day extension of time, to and including December 26, 2025, in which to file its opening brief and appendix. Plaintiffs consent to this motion.

1. In this case, plaintiffs challenge the Office of Management and Budget's failure to make public certain information regarding the apportionment of appropriated funds. The district court entered judgment in plaintiffs' favor and granted plaintiffs injunctive relief that generally requires defendants to make publicly available that apportionment information. *See, e.g.*, *CREW* Dkt. No. 32.

2. Pursuant to this Court's order of September 17, 2025, the government's opening brief and appendix are currently due October 27, 2025. The government has not previously requested an extension.

3. The government respectfully requests a 60-day extension of time, to and including December 26, 2025, in which to file its opening brief and appendix. The requested extension is necessary in light of government counsel's other appellate deadlines. Sean R. Janda has principal responsibility for preparing the government's opening brief and appendix. Mr. Janda has responsibility for a number of other matters with recent or upcoming deadlines, including *National Council of Nonprofits v. OMB*, No. 25-5148 (D.C. Cir.) (opening brief filed September 19); *Diegelmann v. Bessent*, No. 24-5277 (D.C. Cir.) (oral argument scheduled October 1); *Servier Pharmaceuticals v. Kennedy*, No. 25-5054 (D.C. Cir.) (response brief

due October 2); *National Coalition for Men v. Selective Service System*, No. 24-7746 (9th Cir.) (oral argument scheduled October 10); *Amica Center v. Department of Justice*, No. 25-5254 (D.C. Cir.) (oral argument scheduled October 14); *Sustainability Institute v. Trump*, No. 25-1575 (4th Cir.) (oral argument scheduled October 23); *Knife Rights, Inc. v. Bondi*, No. 25-10754 (5th Cir.) (response brief due October 24); and *Gun Owners of America v. Department of Justice*, No. 24-1881 (6th Cir.) (oral argument scheduled October 27). In addition, Mr. Janda will be on leave and traveling internationally between October 31 and November 11.

Courtney L. Dixon has supervisory responsibility for the government's opening brief in this case. In addition to several time-sensitive matters with internal deadlines, Ms. Dixon has supervisory or primary responsibility for the following matters with recent and upcoming deadlines: *Association of American Universities v. Department of Energy*, No. 25-1727 (1st Cir.) (opening brief filed September 24; reply brief due November 14); *Alignment Healthcare Inc. v. Department of Health & Human Servs.*, No. 25-5239 (D.C. Cir.) (response brief due October 10); *Paul v. FAA*, No. 24-1348 (D.C. Cir.) (oral argument scheduled for October 21); *LA Press Club v. Noem*, 25-5975 (9th Cir.) (opening brief due October 21); *Smith v. SEC*, 24-3907 (6th Cir.)

(oral argument scheduled for October 27); and *Modernwest Longmont LLC v. FAA*, No. 25-1150 (D.C. Cir.) (response brief due October 29).

4. Counsel for plaintiffs has authorized us to state that plaintiffs consent to this motion.

Respectfully submitted,

COURTNEY L. DIXON

*/s/ Sean R. Janda*
SEAN R. JANDA
(202) 514-3388
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

SEPTEMBER 2025

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 472 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

*/s/ Sean R. Janda*
Sean R. Janda
