ORAL ARGUMENT NOT SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE D.C. CIRCUIT

---

Citizens for Responsibility and Ethics in Washington, *et al.*,
        Plaintiff-Appellee,

v.

Office of Management and Budget, *et al.*,
        Defendants-Appellants.

_____

Protect Democracy Project,
        Plaintiff-Appellee,

v.

U.S. Office of Management and Budget, *et al.*,
        Defendants-Appellants.

Nos. 25-5266, 25-5267

---

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves for a 30-day extension of time, to and including January 26, 2026, in which to file its opening brief and appendix. Plaintiffs consent to this motion.

1. In this case, plaintiffs challenge the Office of Management and Budget's failure to make public certain information regarding the apportionment of appropriated funds. The district court entered judgment in plaintiffs' favor and granted plaintiffs injunctive relief that generally requires defendants to make publicly available that apportionment information. *See, e.g.*, *CREW* Dkt. No. 32.

2. Pursuant to this Court's order of October 6, 2025, the government's opening brief and appendix are currently due, following one 60-day extension, on December 26, 2025.

3. The government respectfully requests a 30-day extension of time, to and including January 26, 2026, in which to file its opening brief and appendix. The requested extension is necessary in light of government counsel's other appellate deadlines, as well as personal commitments related to the holidays. Sean R. Janda has principal responsibility for preparing the government's opening brief and appendix. Mr. Janda has responsibility for a number of other matters with recent or upcoming deadlines, including *Servier Pharmaceuticals v. Kennedy*, No. 25-5054 (D.C. Cir.) (oral argument scheduled December 18); *Woonasquatucket River Watershed Council v. U.S. Dep't of Agriculture*, No. 25-1428 (1st Cir.) (reply brief due December 19);

and *Knife Rights, Inc. v. Bondi*, No. 25-10754 (5th Cir.) (response brief due December 22).

Michael S. Raab has supervisory responsibility for the government's opening brief in this case. Mr. Raab also has supervisory responsibility for a number of other matters with recent or upcoming deadlines, including: *Talbott v. Trump*, No. 25-5087 (D.C. Cir.) (reply brief filed December 1); *Moats v. NCUA*, No. 24-40259 (5th Cir.) (rehearing opposition filed December 1); *MH Global LLC v. FDA*, No. 21-71327 (9th Cir.) (response brief filed December 2); *People of the State of California v. FMCSA*, No. 20-70706 (9th Cir.) (supplemental reply brief filed December 3); *Vertex Pharms. v. Department of Health & Human Servs.*, No. 25-5133 (D.C. Cir.) (response brief filed December 5); *Texas v. Bondi*, No. 24-10386 (5th Cir.) (rehearing opposition filed December 5); *Silgo Creek Center v. Department of Health & Human Servs.*, No. 25-1669 (4th Cir.) (response brief due December 17); *Airlines for America v. Department of Transp.*, No. 24-60231 (5th Cir.) (en banc brief due December 17); *Williams v. Attorney General*, No. 24-1091 (supplemental en banc brief due December 18); *Knife Rights, Inc. v. Bondi*, No. 25-10754 (5th Cir.) (response brief due December 22); and *Legalforce RAPC Worldwide v. PTO*, No. 25-4362 (9th Cir.) (response brief due

December 29).

4. Counsel for plaintiffs has authorized us to state that plaintiffs consent to this motion.

                    Respectfully submitted,

                    MICHAEL S. RAAB

                    */s/ Sean R. Janda*
                    SEAN R. JANDA
                    (202) 514-3388
                      Attorneys, Appellate Staff
                      Civil Division
                      U.S. Department of Justice
                      950 Pennsylvania Ave., N.W.
                      Washington, D.C. 20530

DECEMBER 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 453 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in CenturyExpd BT 14-point font, a proportionally spaced typeface.

                                                            */s/ Sean R. Janda*
                                                            Sean R. Janda