# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-5266 September Term, 2025

1:25-cv-01051-EGS
1:25-cv-01111-EGS

**Filed On: December 16, 2025** [2150675]

Citizens for Responsibility and Ethics in Washington,

      Appellee

      v.

Office of Management and Budget and Russell T. Vought, in his official capacity as Director, Office of Management and Budget,

      Appellants

------------------------------

Consolidated with 25-5267

## O R D E R

Upon consideration of the government's unopposed motion for a 30-day extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | January 26, 2026 |
| Appendix | January 26, 2026 |
| Appellees' Brief | February 25, 2026 |
| Appellants' Reply Brief | March 18, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk