# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5266**                 **September Term, 2025**

**1:25-cv-01051-EGS**
**1:25-cv-01111-EGS**

**Filed On: January 22, 2026** [2155499]

Citizens for Responsibility and Ethics in Washington,

        Appellee

        v.

Office of Management and Budget and Russell T. Vought, in his official capacity as Director, Office of Management and Budget,

        Appellants

------------------------------

Consolidated with 25-5267

### O R D E R

Upon consideration of appellants' unopposed motion for a 30-day extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---:|
| Appellants' Brief | February 25, 2026 |
| Appendix | February 25, 2026 |
| Appellees' Brief | March 27, 2026 |
| Appellants' Reply Brief | April 17, 2026 |

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                    BY:     /s/
                             Michael C. McGrail
                             Deputy Clerk