# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

Citizens for Responsibility and
Ethics in Washington,

*Plaintiff-Appellee,*

v.

Office of Management and Budget,
*et al.,*

*Defendants-Appellants.*

Protect Democracy Project,

*Plaintiff-Appellee,*

v.

Office of Management and Budget,
*et al.,*

*Defendants-Appellants.*

Nos. 25-5266, 25-5267

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Yoseph T. Desta withdraws as counsel for

Plaintiff-Appellee Citizens for Responsibility and Ethics in Washington

in Case No. 25-5266 because of his impending departure from Citizens

for Responsibility and Ethics in Washington. Accordingly, Plaintiff-

Appellee respectfully requests the removal of Yoseph T. Desta's appearance from the docket and his name from the ECF distribution list. Plaintiff-Appellee will continue to be represented by other counsel who have entered an appearance in this case.

Respectfully Submitted,

*/s/ Yoseph T. Desta*

Nikhel S. Sus
Yoseph T. Desta
CITIZENS FOR
RESPONSIBILITY AND ETHICS
IN WASHINGTON
P.O. Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org
ydesta@citizensforethics.org

*Counsel for Plaintiff-Appellees*