# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5266** | **September Term, 2025** |
| | 1:25-cv-01051-EGS |
| | 1:25-cv-01111-EGS |
| | **Filed On: March 5, 2026** [2162413] |

Citizens for Responsibility and Ethics in Washington,

      Appellee

      v.

Office of Management and Budget and Russell T. Vought, in his official capacity as Director, Office of Management and Budget,

      Appellants

------------------------------

Consolidated with 25-5267

## O R D E R

Upon consideration of appellee's consent motion for a 30-day extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellees' Brief | April 27, 2026 |
| Appellants' Reply Brief | May 18, 2026 |

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk