[ORAL ARGUMENT NOT YET SCHEDULED]

Nos. 25-5266, 25-5267

---

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,

*Plaintiff-Appellee*,

v.

OFFICE OF MANAGEMENT AND BUDGET, et al.,

*Defendants-Appellants*.

_____

PROTECT DEMOCRACY PROJECT,

*Plaintiff-Appellee*,

v.

U.S. OFFICE OF MANAGEMENT AND BUDGET, et al.,

*Defendants-Appellants*.

---

*On Appeal from the United States District Court
for the District of Columbia*

---

**NOTICE OF INTENT OF CONSTITUTIONAL ACCOUNTABILITY
CENTER TO PARTICIPATE AS *AMICUS CURIAE*
IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE**

---

Elizabeth B. Wydra
Brianne J. Gorod
Miriam Becker-Cohen
Nina G. Henry
CONSTITUTIONAL ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW, Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

**NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE***

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, Constitutional Accountability Center hereby gives notice that it intends to file a brief as *amicus curiae* in support of Plaintiffs-Appellees and affirmance. All parties have consented to the filing of this brief.

Respectfully submitted,

/s/ Brianne J. Gorod
Elizabeth B. Wydra
Brianne J. Gorod
Miriam Becker-Cohen
Nina Henry
CONSTITUTIONAL ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW
Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: May 4, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on May 4, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 4th day of May, 2026.

/s/ Brianne J. Gorod
Brianne J. Gorod

*Counsel for Amicus Curiae*