# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5266**                              **September Term, 2025**

**1:25-cv-01051-EGS**
**1:25-cv-01111-EGS**

**Filed On: May 6, 2026** [2172068]

Citizens for Responsibility and Ethics in
Washington,

        Appellee

    v.

Office of Management and Budget and
Russell T. Vought, in his official capacity as
Director, Office of Management and
Budget,

        Appellants

------------------------------

Consolidated with 25-5267

# O R D E R

     Upon consideration of the government's unopposed motion for a 30-day extension of time to file the reply brief, it is

     **ORDERED** that the motion be granted. Appellants' reply brief is now due June 17, 2026.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

             BY:   /s/
                    Michael C. McGrail
                    Deputy Clerk