ORAL ARGUMENT SCHEDULED FOR OCTOBER 13, 2026
Nos. 25-5266, 25-5267 (consol.)

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,
*Plaintiff-Appellee*,

*v.*

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,
*Defendants-Appellants*.

PROTECT DEMOCRACY PROJECT,
*Plaintiff-Appellee*,

*v.*

U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,
*Defendants-Appellants*.

On Appeal from the United States District Court for the District of Columbia

# APPELLEES' MOTION FOR 20 MINUTES OF ORAL ARGUMENT TIME PER SIDE

Daniel F. Jacobson
Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave NW
Suite 301
Washington, DC 20016
(301) 823-1148

*Counsel for Appellee Protect Democracy Project*

Wendy Liu
Adina H. Rosenbaum
Allison M. Zieve
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

Nikhel S. Sus
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20004
(202) 408-5565

*Counsel for Appellee CREW*

August 18, 2026

Appellees Citizens for Responsibility and Ethics in Washington (CREW) and Protect Democracy Project respectfully request that the Court allocate 20 minutes of argument time to each side in these consolidated appeals, to enable counsel for Appellees to share argument time. *See* D.C. Cir R. 34(c), (d); D.C. Cir. Handbook XI.D.

The Court has scheduled oral argument for October 13, 2026, but has not yet allocated the amount of time. Defendants-Appellants take no position on this motion.

These appeals present several issues: (1) whether CREW has informational standing to challenge Defendants-Appellants' violation of the transparency requirements in the Consolidated Appropriations Act, 2022 and Consolidated Appropriations Act, 2023, to publicly disclose each document apportioning an appropriation; (2) whether Protect Democracy has economic standing to challenge that violation, in addition to informational standing; (3) whether the district court correctly held that Congress acted within its constitutional authority to require public disclosure of apportionment documents; and (4) whether, upon finding that Defendants-Appellants had violated the 2022 and 2023 Acts, the district court properly exercised its discretion in issuing an injunction

requiring Defendants-Appellants to disclose the information that the statute requires them to make public.

Granting each side a total of 20 minutes of argument time will enable CREW and Protect Democracy to present their separate arguments as to standing. In particular, CREW contends that it has informational standing under this Court's precedents establishing a two-part test for informational standing, while Protect Democracy argues that, in addition to informational standing, it has standing based on the economic injury to Protect Democracy's investments in its proprietary website, OpenOMB. Hearing argument from each Appellee will not be duplicative, because counsel for CREW will argue standing based only on informational injury, while counsel for Protect Democracy will present argument only as to its economic injury (resting on CREW's presentation as to informational standing).

Further, as to the merits and remedies issues, CREW and Protect Democracy will coordinate so that only one attorney will present argument on each issue. Accordingly, granting a total of 20 minutes of argument time to Appellees will not result in duplicative arguments.

## CONCLUSION

For the foregoing reasons, the Court should grant the motion for 20 minutes of oral argument per side.

Respectfully Submitted,

/s/ *Daniel F. Jacobson*
Daniel F. Jacobson
Stephen K. Wirth
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
(301) 823-1148
Dan@jacobsonlawyersgroup.com

*Counsel for Appellee Protect Democracy Project*

/s/ *Wendy Liu*
Wendy Liu
Adina H. Rosenbaum
Allison M. Zieve
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
wliu@citizen.org

Nikhel S. Sus
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20004
(202) 408-5565

*Counsel for Appellee CREW*

August 18, 2026

**CERTIFICATE OF COMPLIANCE**

This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by the Federal Rules of Appellate Procedure and this Court's rules, this document contains 367 words, as calculated by Microsoft Word 365.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface, 14-point Century Schoolbook, using Microsoft Word 365.

*/s/ Wendy Liu*
Wendy Liu