# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5266** **September Term, 2026**

**1:25-cv-01051-EGS**
**1:25-cv-01111-EGS**

**Filed On: October 2, 2026 [2196019]**

Citizens for Responsibility and Ethics in Washington,

Appellee

v.

Office of Management and Budget and Russell T. Vought, in his official capacity as Director, Office of Management and Budget,

Appellants

------------------------------

Consolidated with 25-5267

**O R D E R**

Upon consideration of appellees' motion for 20 minutes of oral argument time per side, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of these cases scheduled for October 13, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 20 Minutes |
| Appellees | - | 20 Minutes (to be divided between appellees as the parties deem appropriate) |

The panel considering this case will consist of Circuit Judges Henderson, Wilkins, and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 6, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)