# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** CREW

**v.**

OMB, et al.

**Case No:** 25-5267

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Office of Management and Budget

Russell Vought

### Counsel Information

Lead Counsel: Joshua S. Ha

Direct Phone: ( 202 ) 598-3747 Fax: ( ___ ) ___-___ Email: Joshua.S.Ha@usdoj.gov

2nd Counsel:

Direct Phone: ( ___ ) ________ Fax: ( ___ ) ___-___ Email:

3rd Counsel:

Direct Phone: ( ___ ) ________ Fax: ( ___ ) ___-___ Email:

Firm Name: U.S. Department of Justice, Civil Division

Firm Address: 950 Pennsylvania Avenue, NW; Washington, DC 20530

Firm Phone: ( ___ ) ___-___ Fax: ( ___ ) ___-___ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.