NOT YET SCHEDULED FOR ORAL ARGUMENT

Nos. 25-5266 & 25-5267

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,
PLAINTIFF-APPELLEE,

v.

OFFICE OF MANAGEMENT AND BUDGET, *et al.*,
DEFENDANTS-APPELLANTS.

PROTECT DEMOCRACY PROJECT,
PLAINTIFF-APPELLEE,

v.

U.S. OFFICE OF MANAGEMENT AND BUDGET, *et al.*,
DEFENDANTS-APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

# MOTION TO WITHDRAW

Amber Greenaway is leaving the Office of the Attorney General for the District of Columbia and thus moves to withdraw as counsel for the following amici: Arizona, California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Washington, and Wisconsin. Solicitor General Caroline S. Van Zile will remain as counsel of record for amici.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

THAIS-LYN TRAYER
Deputy Solicitor General

/s/ Amber D. Greenaway
AMBER D. GREENAWAY
Assistant Attorney General
Bar Number 64893
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6624
(202) 730-1472 (fax)
amber.greenaway@dc.gov

October 2026

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because the motion contains 68 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Amber D. Greenaway
AMBER GREENAWAY

## CERTIFICATE OF SERVICE

I certify that on October 7, 2026, this brief was electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished using the CM/ECF system.

/s/ Amber D. Greenaway
AMBER D. GREENAWAY