United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5266** **September Term, 2026**

**1:25-cv-01051-EGS**
**1:25-cv-01111-EGS**

**Filed On: October 13, 2026** **[2197737]**

Citizens for Responsibility and Ethics in Washington,

Appellee

v.

Office of Management and Budget and Russell T. Vought, in his official capacity as Director, Office of Management and Budget,

Appellants

------------------------------

Consolidated with 25-5267

**BEFORE:** Circuit Judges Henderson, Wilkins, and Childs

**COURTROOM MINUTES OF ORAL ARGUMENT**

PROCLAMATION BEING MADE, the Court opened on Tuesday, October 13, 2026 at 9:34 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

Joshua S. Ha (DOJ), counsel for Appellants.

Wendy Liu, counsel for Appellee CREW.

Daniel F. Jacobson, counsel for Appellee Protect Democracy Project.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk